# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| OWENS & MINOR, INC. and OWENS & MINOR FLEXIBLE BENEFITS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>Defendant. | Case No. 3:24-cv-00820-REP |

### JOINT NOTICE REGARDING RELATED MOTION FILED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

Plaintiff Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan ("OMI") and Defendant Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Anthem"), by counsel, jointly notify the Court as follows:

1. The parties previously filed joint notices to advise this Court that OMI is a class member who did not opt out of the Subscriber Class Settlement in *In re Blue Cross Blue Shield Antitrust Litigation*, No. 2:13-cv-200000-RDP (N.D. Ala.) (Proctor, J.). *See* ECF No. 40. On March 13, 2025, Anthem filed a Motion to Enforce the Court's Injunction Regarding Subscriber Class Member's Released Claims (the "MDL Motion") in the Northern District of Alabama. *See* ECF Nos. 40, 40-1. OMI filed a response to the MDL Motion on March 31, 2025, and Anthem filed a reply on April 10, 2025.

2. On April 22, 2025, Judge Proctor in the Northern District of Alabama granted Anthem's MDL Motion. A copy of Judge Proctor's order is attached hereto as **Exhibit A**.

3. Judge Proctor found that "any claims in [the above-captioned case] 'based in any way' on BlueCard or the allegations of paragraph 56-65 of the First Amended Complaint, including paragraphs 98, 109(xv), and 141(xv) are RELEASED" claims under the Subscriber Settlement Agreement." Ex. A at 16. Judge Proctor confirmed that OMI is "ENJOINED from further prosecuting claims 'based in any way' on BlueCard or those paragraphs of the First Amended Complaint." *Id.* at 17.

4. Judge Proctor further ordered that "[w]ithin fourteen (14) days of this Order, OMI SHALL either (1) file an amended complaint omitting the allegations of paragraph 56-65 of the First Amended Complaint, and any claims based on those allegations, including paragraphs 98, 109(xv), and 141(xv), or (2) file a motion asking the district court in E.D. Va. Case No. 3:24-cv-00820-REP to strike those allegations and claims." *Id.*

5. OMI intends to either (i) appeal Judge Proctor's order, or (ii) comply with Judge Proctor's order by seeking an order from this Court striking paragraphs 56-65, 98, 109(xv), and 141(xv) from the First Amended Complaint, in which case a copy of the First Amended Complaint with those allegations and claims stricken will accompany that motion.

Respectfully submitted,

*/s/ Seth Carroll*
Seth Carroll (VA Bar No. 74745)
Matthew Lastrapes (VA Bar No. 84097)
3311 West Broad Street
Richmond, VA 23230
Telephone: (804) 551-9650
Fax: (866) 238-6415
scarroll@hurtinva.com
mlastrapes@hurtinva.com
COMMONWEALTH LAW GROUP

W. Mark Lanier (pro hac vice)

*/s/ John M. Erbach*
Hugh M. Fain, III (VA Bar No. 26494)
John M. Erbach (VA Bar No. 76695)
Christopher W. Bascom (VA Bar No. 87302)
Spotts Fain PC
411 E. Franklin Street, Suite 600
Richmond, VA 23219
Telephone: (804) 697-2040
Fax: (804) 697-2140
hfain@spottsfain.com
jerbach@spottsfain.com
cbacsom@spottsfain.com

2

Benjamin Major (pro hac vice)
Ryan D. Ellis (pro hac vice)
Julian Cokic (pro hac vice)
10940 W. Sam Houston Pkwy N. Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
Fax: (713) 659-2204
WML@lanierlawfirm.com
Ben.Major@lanierlawfirm.com
Ryan.Ellis@lanierlawfirm.com
Julian.Cokic@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.

Frank Gallucci (pro hac vice)
55 Public Square, Suite 2222
Cleveland, Ohio 44113
Telephone: (216) 861-0804
Fax: (216) 861-5322
FGallucci@pglawyer.com
PLEVIN AND GALLUCCI CO., LPA

*Counsel for Plaintiffs Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan*

E. Desmond Hogan (*pro hac vice*)
Briana L. Black (*pro hac vice*)
Daniel Balmori (*pro hac vice*) W.
David Maxwell (*pro hac vice*)
HOGAN LOVELLS US LLP 555
Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
desmond.hogan@hoganlovells.com
briana.black@hoganlovells.com
daniel.balmori@hoganlovells.com
david.maxwell@hoganlovells.com

*Counsel for Defendant*
*Anthem Health Plans of Virginia, Inc.*