## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| OWENS & MINOR, INC. and OWENS & MINOR FLEXIBLE BENEFITS PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM HEALTH PLANS OF VIRGINIA, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD,<br><br>Defendant. | Civil Action No.: 3:24-cv-00820 |

### JOINT STATUS REPORT ADVISING
### ON THE STATUS OF MEDIATION

Plaintiffs Owens & Minor, Inc. and Owens & Minor Flexible Benefits Plan ("OMI" or "Plaintiffs") and Defendant Anthem Health Plans of Virginia, Inc., d/b/a Anthem Blue Cross and Blue Shield ("Anthem") (collectively, the "Parties"), pursuant to the Court's Order of December 3, 2025 (ECF No. 125), jointly report that they participated in private mediation on January 12, 2026, and resolved the case soon thereafter on January 13, 2026. The terms of the settlement are confidential. The Parties anticipate filing a stipulation of dismissal with prejudice in short order.

Dated: January 15, 2026

Respectfully submitted,

| | |
|---|---|
| */s / Seth Carroll* | */s/ John M. Erbach* |
| Seth Carroll (VA Bar No. 74745) | Hugh M. Fain, III (VA Bar No. 26494) |
| Matthew Lastrapes (VA Bar No. 84097) | John M. Erbach (VA Bar No. 76695) |
| 3311 West Broad Street | Christopher W. Bascom (VA Bar No. 87302) |
| Richmond, VA 23230 | Spotts Fain PC |
| Telephone: (804) 999-9999 | 411 E. Franklin Street, Suite 600 |

Fax: (866) 238-6415
scarroll@hurtinva.com
mlastrapes@hurtinva.com
COMMONWEALTH LAW GROUP

W. Mark Lanier (pro hac vice)
Benjamin Major (pro hac vice)
Ryan D. Ellis (pro hac vice)
Julian Cokic (pro hac vice)
10940 W. Sam Houston Pkwy N. Suite 100
Houston, TX 77064
Telephone: (713) 659-5200
Fax: (713) 659-2204
WML@lanierlawfirm.com
Ben.Major@lanierlawfirm.com
Ryan.Ellis@lanierlawfirm.com
Julian.Cokic@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.

Frank Gallucci (pro hac vice)
55 Public Square, Suite 2222
Cleveland, Ohio 44113
Telephone: (216) 861-0804
Fax: (216) 861-5322
FGallucci@pglawyer.com
PLEVIN AND GALLUCCI CO., LPA

*Counsel for Plaintiff*

Richmond, VA 23219
Telephone: (804) 697-2040
Fax: (804) 697-2140
hfain@spottsfain.com
jerbach@spottsfain.com
cbacsom@spottsfain.com

HOGAN LOVELLS US LLP
E. Desmond Hogan (*pro hac vice*)
Briana L. Black (*pro hac vice*)
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
desmond.hogan@hoganlovells.com
briana.black@hoganlovells.com
david.maxwell@hoganlovells.com

Daniel Balmori (*pro hac vice*)
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
daniel.balmori@hoganlovells.com

Madelyn Braman
David Jonas
8350 Broad Street, 17th Floor
Tysons, VA 22102
Tel: (703) 610-6100
Fax: (703) 610-6200
madelyn.braman@hoganlovells.com
david.jonas@hoganlovells.com

*Counsel for Defendant*

2